**Joseph L. WILLIAMS, Plaintiff–Appellant,**

**v.**

**Larry BROWN, Defendant–Appellee.**

No. 05–1560.

United States Court of Appeals, Seventh Circuit.

Submitted May 24, 2006.

Decided June 5, 2006.

Rehearing Denied July 12, 2006.

Joseph L. Williams, Miami Correctional Facility, Bunker Hill, IN, pro se.

Robert J. Palmer, May, Oberfell & Lorber, South Bend, IN, for Defendant–Appellee.

Before Hon. RICHARD A. POSNER, Hon. ILANA DIAMOND ROVNER, and Hon. TERENCE T. EVANS, Circuit Judges.

### ORDER

We remanded the dismissal of this prisoner's civil rights case insofar as it charged one of the defendants, Nurse Brown, with reckless disregard of the plaintiff's medical condition (a rectal abscess). On remand, the district judge correctly found that there was no evidence of anything more than honest disagreement over the best way of treating the plaintiff's condition, and therefore the judge granted summary judgment for Brown.

AFFIRMED.